Dear Judge Burroughs,

My name is Samantha Pacheco, I am Paul's oldest daughter. I am 26 and I currently work as a Homemaker for different clients mostly in the elderly population. I am currently not in school but did graduate high school in 2013 and I completed 3 years of college at North Shore Community College working towards an Associate of Arts degree. So to now talk about my dad well growing up I wasn't always so close to him I was more close with my mom. My dad and I talked as I got older if the need be. The first time he was arrested last year in January I felt bad for him and I figured people when there in jail need the support of there family. He's lived at home with his mother and father since my mother and him have gotten divorced in 2011. So he was taking care of his parents and helping them out. Once my grandfather passed in 2014 he helped care for his mother especially the last month before she passed in December of 2020 he was up every hour checking on her giving her her medication and recording it and making her meals. I can say that was a good thing but could of been a lot for one person to handle without the help of some of his other siblings. He did have an accomplishment of becoming sober once him and my mom got divorced I think about 5 or more years which is good and he'd go to the AA meetings. How I've seen him struggle over the years I would say is getting himself in these situations that ended him up in jail and not being home with his mom and this last time he was in jail when she passed.

Samantha Pacheco